TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
INSTAGRAM, LLC, and WHATSAPP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 4:22-cv-07768-HSG<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT VTL MERCHANT SUPPORT, INC. TO RESPOND TO THE OPERATIVE COMPLAINT IN THIS ACTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC ("Plaintiffs") and Defendant VTL Merchant Support, Inc. ("VTL" and, collectively with Plaintiffs, the "Parties") stipulate to and request that the Court grant Plaintiffs leave to file a Second Amended Complaint ("SAC"). The Parties further stipulate pursuant to Civil Local Rule 6-1(a) to extend the time for VTL to file its response to the SAC until thirty days after the SAC's filing. If the Court is not inclined to grant Plaintiffs leave to file the SAC, then the Parties stipulate pursuant Civil Local Rule 6-1(a) to extend the deadline for VTL to respond to the First Amended Complaint ("FAC") by thirty days to May 28, 2023. This stipulation is based on the following facts:

1. On March 3, 2023, Plaintiffs filed their FAC as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). ECF No. 20. The FAC contained allegations based on a translation of a decision concerning Defendant Freedom Registry B.V., among others, issued by the Netherlands Commercial Court in Amsterdam, the Netherlands (the "Amsterdam Court's Decision").

2. On March 8, 2023, the Summons and FAC were served on VTL, making VTL's response due on March 29, 2023.

3. On March 28, 2023, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) to extend the deadline for VTL to respond to the FAC by thirty days to April 28, 2023.

4. After the filing of the FAC, Plaintiffs obtained a certified translation of the Amsterdam Court's Decision.

5. Based on their review of the certified translation of the Amsterdam Court's Decision, Plaintiffs now seek to supplement and amend certain allegations contained in the FAC related to the Amsterdam Court's Decision to correct any allegations in the FAC based on a mistranslation of the decision and to better track the language of the Amsterdam Court's Decision by more specifically stating the allegations underlying the Amsterdam Court's Decision, including clarifying where those allegations formed the bases for the Court ordering an investigation into the policy and state of affairs of Freedom Registry B.V. as opposed to being specifically embraced as findings of the Court, as well as providing certain detail concerning the hearing conducted by the Amsterdam Court.

6. Additionally, Plaintiffs seek to revise and supplement certain allegations based on documents related to a 2015 arbitration proceeding involving Defendant OpenTLD B.V. and the Internet

Corporation for Assigned Names and Numbers.

7. Accordingly, Plaintiffs seek leave to file a SAC, and VTL consents to the filing of the SAC.

8. This is the second stipulation to extend the deadline for VTL to respond to the operative complaint in this action. The Parties do not seek to continue or otherwise alter the date of the forthcoming May 23, 2023 Case Management Conference. *See* ECF No. 26. The requested extension therefore will not alter the date of any event or deadline already fixed by a Court order, and no Party will be prejudiced by the extension.

The Parties therefore stipulate to allow Plaintiffs to file a Second Amended Complaint. The Parties further stipulate that the deadline for VTL to respond to the Second Amended Complaint will be thirty days from the filing of the Second Amended Complaint. If the Court denies leave to file the Second Amended Complaint, the Parties stipulate that VTL shall have until May 28, 2023 to respond to the First Amended Complaint.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

DATED: April 26, 2023                    Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen
    Dina Roumiantseva

    Attorneys for Plaintiffs,
    META PLATFORMS, INC.,
    INSTAGRAM, LLC, and WHATSAPP LLC

DATED: April 26, 2023                    **ROME & ASSOCIATES, A.P.C.**

By: /s/Brianna Dahlberg
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

    Attorneys for Defendant,
    VTL MERCHANT SUPPORT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

          /s/David J. Steele

**ORDER**

Plaintiffs are hereby granted leave to file a Second Amended Complaint. The deadline for VTL to respond to the Second Amended Complaint shall be thirty days from the Second Amended Complaint's filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 27, 2023

Haywood S. Gilliam, Jr.
United States District Judge