**ROME LLP**
Eugene Rome (SBN 232780)
erome@romellp.com
Sridavi Ganesan (SBN 216129)
sganesan@romellp.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romellp.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Defendants OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., and VTL MERCHANT SUPPORT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE<br><br>Defendants. | Case No. 3:22-cv-07768-AMO<br><br>**[PROPOSED] ORDER RE DEFENDANTS OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTIN OPENTLD WHOIS PROXY, YOURSAFE B.V., AND JOOST ZUURBIER MANAGEMENT SERVICES B.V.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)**<br><br>Hearing Date: November 30, 2023<br>Time: 2:00 p.m.<br>Courtroom 10 – 19th Floor<br><br>Complaint Filed: December 8, 2022<br>Trial Date: None set |

On November 30, 2023, in Courtroom 10 of the above-titled Court, the Honorable Honorable Araceli Martinez-Olguin presiding, Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida B.V., B.V. Dot Tk, Centrafrique Tld B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon Tld B.V., Stichtin Opentld Whois Proxy, Yoursafe B.V., and Joost Zuurbier Management Services B.V.'s (collectively, "Foreign Defendants"), Motion to Dismiss the Second Amended Complaint ("SAC") Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) ("Motion") came on regularly for hearing. Having considered the parties' briefing and the arguments of counsel, and good cause appearing therefor, the Court hereby rules as follows:

    The Motion is **GRANTED**:

- The Foreign Defendants are hereby dismissed for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2);

AND/OR

- Fintag Group B.V., Cervesia Acida BV, Yoursafe B.V., and Joost Zuurbier Management Services B.V. pursuant to Fed. R. Civ. P. 12(b)(6) are hereby dismissed because the SAC fails to allege facts to state a plausible claim upon which relief can be granted as to them.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                                                     Hon. Araceli Martinez-Olguin
                                                                                     United States District Court Judge