TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
INSTAGRAM, LLC, and WHATSAPP LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 3:22-cv-07768-RFL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON RE-NOTICED MOTIONS TO DISMISS [97, 98]**<br><br>Complaint Filed: December 8, 2022<br>Trial Date: October 7, 2025<br><br>Hon. Rita F. Lin |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC ("Plaintiffs") and Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., Joost Zuurbier Management Services B.V., and VTL Merchant Support, Inc. ("Defendants" and, collectively with Plaintiffs, the "Parties") stipulate pursuant to Civil Local Rules 6-2 and 7-12 to continue the February 6, 2024 hearing for the following two motions to February 27, 2024 at 10:00 a.m.:

1. Re-Notice of Defendant VTL Merchant Support, Inc.'s Motion to Dismiss Second Amended Complaint Pursuant to FRCP 12(b)(6) [ECF No. 97]; and

2. Re-Notice of Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., and Joost Zuurbier Management Services B.V.'s Motion to Dismiss Second Amended Complaint Pursuant to FRCP 12(b)(2) and 12(b)(6) [ECF No. 98] (collectively, the "Motions to Dismiss").

This stipulation is based on the following facts:

1.  Defendants originally noticed the Motions to Dismiss for hearing on November 30, 2023 before Hon. Araceli Matínez-Olguín. ECF Nos. 65, 69. The Court *sua sponte* continued the hearing on those motions to February 1, 2024. ECF No. 82.

2.  On November 27, 2023, the Court issued an order reassigning this action to Hon. Rita F. Lin. That order reassigning the case vacated the hearing on the Motions to Dismiss and directed the parties to re-notice any previously noticed motions in accordance with Judge Lin's rules and procedures.

3.  Defendants re-noticed the Motions to Dismiss for February 6, 2024. ECF Nos. 97-98.

4.  Due to various scheduling conflicts, Plaintiffs' counsel is not currently available to attend the hearing on February 6, 2024.

5.  The Parties have since met and conferred concerning this hearing date pursuant to this Court's standing order. While meeting and conferring, the Parties determined that, between various scheduling conflicts and the Court's closed motion dates, the next available hearing date would be

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

February 27, 2024, and the Parties therefore seek to continue the hearing on the Motions to Dismiss to this date.

6. Plaintiffs had previously filed a motion to strike Defendants' evidentiary objections, which had also been set for hearing before Hon. Araceli Martínez-Olguín for February 1, 2024 (ECF No. 94), so the motion to strike could be heard in conjunction with the Motions to Dismiss. Plaintiffs will re-notice this motion before this Court for the same date as the hearing on the Motions to Dismiss.

7. The Parties therefore respectfully request that the Court enter an order approving this stipulation to continue the hearing on the Motions to Dismiss from February 6, 2024 at 10:00 a.m. to February 27, 2024 at 10:00 a.m. and grant leave for Plaintiffs to re-notice their motion to strike for that same setting.

8. Other than the Court's orders *sua sponte* continuing the original hearing date and subsequently vacating that date, this is the first stipulation to alter the hearing date for the Motions to Dismiss. The Court previously approved a stipulation to set a briefing schedule on Defendants' Motions to Dismiss. ECF No. 63.

9. The Court also previously approved a stipulation to alter the ADR deadline. Plaintiffs and VTL previously stipulated to five extensions for VTL to respond to the operative complaint in this action, and the Parties stipulated twice to extend the deadline for the remaining Defendants to respond to the Second Amended Complaint. The parties have also stipulated twice to extend the deadline to exchange initial disclosures, though initial disclosures have since been made.

10. Since that time, the Court entered a scheduling order. ECF No. 88. Continuing the hearing on the Motions to Dismiss will not alter or affect any deadline or date currently set by the Court. *See generally* Declaration of Steven E. Lauridsen.

The Parties therefore stipulate to continue the hearing on the Motions to Dismiss to February 27, 2024 at 10:00 a.m. and for Plaintiffs to re-notice their motion to strike for the same date and time.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| DATED: December 7, 2023 | Tucker Ellis LLP |

By: /s/Steven E. Lauridsen
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen
    Dina Roumiantseva

Attorneys for Plaintiffs,
META PLATFORMS, INC.,
INSTAGRAM, LLC, and WHATSAPP LLC

DATED: December 7, 2023                    Rome LLP

By: /s/Brianna Dahlberg
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

Attorneys for Defendants,
OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., and VTL MERCHANT SUPPORT, INC.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                            /s/Steven E. Lauridsen

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: December 8, 2023

_____
Rita F. Lin
United States District Judge