**ROME LLP**
Eugene Rome (SBN 232780)
erome@romellp.com
Sridavi Ganesan (SBN 216129)
sganesan@romellp.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romellp.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Defendants OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., and VTL MERCHANT SUPPORT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE <br><br> Defendants. | Case No. 3:22-cv-07768-RFL <br><br> **STIPULATION RE: MEDIATION** <br><br> Complaint Filed: December 8, 2022 <br> Trial Date: October 6, 2025 |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC ("Plaintiffs") and Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., Joost Zuurbier Management Services B.V., and VTL Merchant Support, Inc. ("Defendants") stipulate as follows:

1. By virtue of their participation in mediation, Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., Joost Zuurbier Management Services B.V. do not waive and expressly reserve their respective jurisdictional defenses, and shall not be deemed to have generally appeared or consented to this Court's jurisdiction.

2. Plaintiffs will not serve any papers on Defendants' representatives at the in-person mediation in Los Angeles, California. Any service that occurs at the mediation shall be null and void.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

DATED: December 29, 2023                    Tucker Ellis LLP

                                            By:  /s/ *David J. Steele*
                                                 David J. Steele
                                                 Howard A. Kroll
                                                 Steven E. Lauridsen
                                                 Dina Roumiantseva

                                            Attorneys for Plaintiffs,
                                            META PLATFORMS, INC.,
                                            INSTAGRAM, LLC, and WHATSAPP LLC

DATED: December 29, 2023                    Rome LLP

                                By: /s/Brianna Dahlberg
                                    Eugene Rome
                                    Sridavi Ganesan
                                    Brianna Dahlberg

                                    Attorneys for Defendants,
                                    OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., and VTL MERCHANT SUPPORT, INC.

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  December 29, 2023

                                By:  /s/ Brianna Dahlberg
                                     Brianna Dahlberg