TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs, META PLATFORMS, INC. (fka FACEBOOK, INC.), INSTAGRAM, LLC, and WHATSAPP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 3:22-cv-07768-RFL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC and Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., Joost Zuurbier Management Services B.V., and VTL Merchant Support, Inc. hereby inform the Court that the parties have reached a settlement in this action. With this notice, the parties are contemporaneously filing a stipulated dismissal of all claims with prejudice.

DATED: February 16, 2024             Tucker Ellis LLP

                                     By:  /s/David J. Steele
                                         David J. Steele
                                         Howard A. Kroll
                                         Steven E. Lauridsen
                                         Dina Roumiantseva

                                         Attorneys for Plaintiffs,
                                         META PLATFORMS, INC.,
                                         INSTAGRAM, LLC, and WHATSAPP LLC

DATED: February 16, 2024             Rome LLP

                                     By: /s/Brianna Dahlberg
                                         Eugene Rome
                                         Sridavi Ganesan
                                         Brianna Dahlberg

                                         Attorneys for Defendants,
                                         OPENTLD B.V., FREEDOM
                                         REGISTRY B.V., FINTAG GROUP B.V.,
                                         CERVESIA ACIDA BV, B.V. DOT TK,
                                         CENTRAFRIQUE TLD B.V.,
                                         EQUATORIAL GUINEA DOMAINS B.V.,
                                         MALI DILI B.V., GABON TLD B.V.,
                                         STICHTING OPENTLD WHOIS PROXY,
                                         YOURSAFE B.V., JOOST ZUURBIER
                                         MANAGEMENT SERVICES B.V., and VTL
                                         MERCHANT SUPPORT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

　　　　　　　　　　　　　　　　　　　　　　/s/David J. Steele