TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs, META PLATFORMS, INC. (fka FACEBOOK, INC.), INSTAGRAM, LLC, and WHATSAPP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENTLD B.V., FREEDOM REGISTRY B.V., FINTAG GROUP B.V., CERVESIA ACIDA BV, B.V. DOT TK, CENTRAFRIQUE TLD B.V., EQUATORIAL GUINEA DOMAINS B.V., MALI DILI B.V., GABON TLD B.V., STICHTING OPENTLD WHOIS PROXY, YOURSAFE B.V., JOOST ZUURBIER MANAGEMENT SERVICES B.V., VTL MERCHANT SUPPORT, INC., and JOHN DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 3:22-cv-07768-RFL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC and Defendants OpenTLD B.V., Freedom Registry B.V., Fintag Group B.V., Cervesia Acida BV, B.V. Dot TK, Centrafrique TLD B.V., Equatorial Guinea Domains B.V., Mali Dili B.V., Gabon TLD B.V., Stichting OpenTLD WHOIS Proxy, Yoursafe B.V., Joost Zuurbier Management Services B.V., and VTL Merchant Support, Inc. hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

DATED: February 16, 2024            Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen
    Dina Roumiantseva

    Attorneys for Plaintiffs,
    META PLATFORMS, INC.,
    INSTAGRAM, LLC, and WHATSAPP LLC

DATED: February 16, 2024            Rome LLP

By: /s/Brianna Dahlberg
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg

    Attorneys for Defendants,
    OPENTLD B.V., FREEDOM
    REGISTRY B.V., FINTAG GROUP B.V.,
    CERVESIA ACIDA BV, B.V. DOT TK,
    CENTRAFRIQUE TLD B.V.,
    EQUATORIAL GUINEA DOMAINS B.V.,
    MALI DILI B.V., GABON TLD B.V.,
    STICHTING OPENTLD WHOIS PROXY,
    YOURSAFE B.V., JOOST ZUURBIER
    MANAGEMENT SERVICES B.V., and VTL
    MERCHANT SUPPORT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

      /s/David J. Steele

STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 3:22-CV-07768-RFL